■ In the Matter of PIRU UMOJA, Petitioner, v DESMOND GREEN, Respondent. [992 NYS2d 357]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, Desmond Green, a Justice of the Supreme Court, Richmond County, to determine a motion pursuant to CPL 440.10 in the criminal action entitled *People v Umoja*, commenced in the Supreme Court, Kings County, under indictment No. 107/05, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted

to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the petition is denied as academic and the proceeding is dismissed, without costs or disbursements.

The instant proceeding has been rendered academic in light of the determination of the subject motion in an order of the Supreme Court, Kings County, dated August 15, 2014. Dillon, J.P., Dickerson, Cohen and Duffy, JJ., concur.